UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

REVEREND BECK, Ph.D.,

       Petitioner,

v.                                **ORDER**
                                  Civil File No. 06-2331 (MJD/JJG)

WARDEN JESSICA SYMMES,

       Respondent.
_____

Reverend Beck, Ph.D., <u>Pro</u> <u>Se</u>.

Mark Nathan Lystig, Assistant Ramsey County Attorney, Counsel for Respondent.
_____

**I.    INTRODUCTION**

    The above-entitled matter comes before the Court pursuant to an objection to the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham, dated June 13, 2006. Petitioner Beck filed timely objections to the Report and Recommendation. Respondent filed a response to Plaintiff's objections.

    Pursuant to statute, the Court has conducted a <u>de</u> <u>novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court adopts the Report and Recommendation dated June 13, 2006.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that

1) The Magistrate Judge's Report and Recommendation dated June 13, 2006 [Docket No. 4] is hereby **ADOPTED.**

Dated: August 29, 2006                              s / Michael J. Davis
                                                    Judge Michael J. Davis
                                                    United States District Court